[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12824
Non-Argument Calendar

_____

D.C. Docket No. 3:11-cr-00093-RV-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE JAROME JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(March 11, 2020)

Before NEWSOM, BRANCH and HULL, Circuit Judges.

PER CURIAM:

Gus Harper, appointed counsel for Terrance Jarome Johnson in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.